JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO GAMA, | CASE NO. 14-3633-MMM (AGR) |
| Plaintiff, | |
| | JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Report and Recommendation.

DATED: May 29, 2015

_____
MARGARET M. MORROW
United States District Judge